AO 106 (Rev. 04/10) Application for a Search Warrant



# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2015 AUG 21  AM 8: 34
OFFICE OF THE CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

3302 Madison Street, Omaha, Nebraska, and a Gold Oldsmobile Alero VIN G3NL52F93C304605 bearing Nebraska Licenses plate TXJ935

Case No. 8:15MJ 228

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

3302 Madison Street, Omaha, Nebraska, and a Gold Oldsmobile Alero VIN G3NL52F93C304605 NE TXJ935

located in the _____ District of _____ Nebraska _____, there is now concealed *(identify the person or describe the property to be seized)*:

See attached Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21:841 | possession with intent to distribute controlled substances |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

HSI SA Craig Allrich
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/20/15 @ 8:10 pm

_____
*Judge's signature*

City and state: Omaha, Nebraska

U.S. Magistrate Thomas D. Thalken
*Printed name and title*

**Introduction:**

I, Craig Allrich, a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), being duly sworn, hereby depose and say:

1. I am presently employed by HSI and have been so employed since April 2009. Prior to that, I served as a Military Intelligence Captain in the United States Army from 1998 to 2009. I am currently assigned to the HSI Office in Omaha, Nebraska.

2. I have received training pertaining to drug trafficking, money laundering and electronic and physical surveillance procedures at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been involved in investigations dealing with the possession, distribution, and importation of controlled substances, as well as bulk currency smuggling investigations. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with the methods used by drug traffickers to smuggle, safeguard, and distribute narcotics.

3. Because the purpose of this affidavit is to set forth only the facts necessary to establish probable cause for the issuance of search warrants, I have not described all the facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in substance and in pertinent part. The following information has been related to me by HSI Special Agents, other law enforcement officers, or is known to me by my own personal observations.

**Locations and Vehicles to be Searched:**

4. Your Affiant seeks the issuance of two search warrants for a location and vehicle which is being utilized to further a drug trafficking and money laundering scheme. As detailed below, this location, if searched by law enforcement, I believe will contain evidence, such as

1

cocaine, methamphetamine, drug proceeds, cellular telephones, documents and ledgers showing that violations of Title 18 United States Code 1956, Money Laundering; Title 21 United States Code, Section 841(a)(1), Possession with Intent to Distribute a Controlled Substance, to wit, Cocaine, Marijuana, or Methamphetamine, and Section 846, Conspiracy to Possess with Intent to Distribute, Cocaine, Marijuana, or Methamphetamine were committed in the District of Nebraska. I believe the following premises and vehicle contain such evidence:

    a.    3302 Madison, Omaha, Nebraska. (**TARGET HOUSE**), which is further described in ATTACHMENT "A";

    b.    2003 Oldsmobile Alero Nebraska license plate number TXJ935 VIN # G3NL52F93C304605

**Summary of Probable Cause:**

5. On August 20, 2015, HSI Omaha conducted surveillance at the home of Martin TIRADO-Bojorquez at 7639 S 41st Street, Bellevue, Nebraska. At approximately 12:40 a White Chrysler Pacifica pulled into the garage. Approximately 20 minutes later the vehicle departed the residence and drove westbound on Interstate 80. The Pacifica was stopped after committing a traffic violation in Lancaster County. Approximately $180,000 of suspected narcotics proceeds were discovered in a non-factory compartment.

6. At approximately 1:30, TIRADO-Bojorquez departed the 41st residence and was traffic stopped by Omaha Police Department K-9. During a probable cause search of the vehicle, approximately $5,000 of suspected narcotics proceeds was discovered. TIRADO-Bojorquez gave a post Miranda statement. TIRADO-Bojorquez stated the Pacifica departed with over $100,000 in narcotics proceeds. TIRADO-Bojorquez stated that he was not responsible for the narcotics, but he knew who was. TIRADO-Bojorquez stated that Jose ORTIZ was sitting on at

least 5 pounds of methamphetamine at his residence. TIRADO-Bojorquez stated Jose ORTIZ drives a gold Oldsmobile Alero. Tirado-Bojorquez provided the phone number for Ortiz. HSI Omaha obtained an exigent ping request for Ortiz's phone. That ping led HSI Omaha to 3302 Madison Street, Omaha, Nebraska.

7. HSI Omaha located the Alero parked in a garage at 3302 Madison Street, Omaha, Nebraska. The Oldsmobile Alero bearing Nebraska license plate TXJ935, was previously identified by HSI Omaha as being utilized by members of this narcotics organization.

8. HSI Omaha knows through their general narcotic experience and observations of numerous members of this specific narcotic organization that narcotic traffickers and members of this specific narcotic organization utilize multiple houses and multiple vehicles to help them avoid detection from law enforcement. HSI Omaha is also aware that this specific narcotics organization has utilized a location to store and count money, a location to store narcotics, and a location to load and unload location. Since 2012, HSI Omaha has obtained federal search warrants on at least eight separate occasions against this specific narcotics organization. On each occasion, the organization has utilized numerous locations consistent with this manner. On every occasion, HSI has seized large quantities of both narcotics and currency.

9. Based on my training and experience, I have learned the following as it pertains to drug smuggling:

    a. Trafficking of large quantities of controlled substances requires the cooperation and association of numerous individuals within a narcotic distribution organization. As a result, persons who traffic in controlled substances will often possess documents that will identify other members of the organization.

    b. I am aware that drug traffickers typically keep records of narcotic transactions and

3

often maintain telephone and address books, telephone bills and other paperwork documenting the names and addresses of coconspirators, as well as telephone numbers and pager numbers of same. Individuals involved in narcotics trafficking frequently use digital pagers and cellular telephones, and it is common to use codes in communications between coconspirators.

    c.    Traffickers also use packaging materials such as boxes, hand held bags, suitcases, and plastic bags as containers to conceal controlled substances or narcotics proceeds.

    d.    Drug traffickers almost always use fictitious names, addresses, telephone numbers, and other identifying information.

    e.    I am also aware that drug traffickers often maintain large quantities of cash on hand.

**Items to be Seized:**

    a. Methamphetamine, cocaine and/or marijuana;

    b. Items of personal property tending to establish the origin of the item listed above, including bills, receipts, ledgers, maps, business cards, catalogues, pamphlets, flyers, letters, telephone bills, address books, business cards, rolodexes, photographs, videos, and documents reflecting communications regarding illegal distribution of methamphetamine, cocaine and/or marijuana;

    c. Books, records, receipts, account receivables and payables, notes, ledgers and other papers relating to the distribution of controlled substances transfers, and cashier's checks relating to the payment, receipt, concealment, transfer, or movement of assets;

    d. Items of personal property which tend to identify the person(s) in control, possession, and ownership of the property that is the subject of this application, limited to

4

personal telephone books, address books, telephone bills, and other items reflecting names, addresses, telephone numbers that document association among and between the targets and associates involved in drug trafficking;

e. Cash and currency in amounts greater than $500;

f. Paraphernalia for manufacturing, distributing, packaging, and weighing of methamphetamine, cocaine and/or marijuana, including scales, measuring devices and packaging materials;

g. Cellular telephones and any other electronic media devices.

Dated this 20 day of August 2015

_____
Craig Allrich
Special Agent,
Homeland Security Investigations

Subscribed to and sworn before me this 20th day of August 2015.

_____
Thomas D. Thalken,
United States Magistrate Judge

5

ATTACHMENT "A"

**Description of Premises to be Searched**

3302 Madison Street, Omaha, Nebraska

3302 Madison Street, Omaha, Nebraska, is a single family residence located on the northeast corner of S 33rd street and Madison Street. The residence faces south and is blue in color with white trim, brown door with silver handle and black shutters. There is a detached garage to the northwest of the house.



## ATTACHMENT "B"

## Description of Vehicle to be Searched

## 2003 Oldsmobile Alero Nebraska license plate number TXJ935

Attachment "B" is a gold Oldsmobile Alero VIN G3NL52F93C304605 bearing Nebraska Licenses plate TXJ935.



7

AO 93 (Rev. 01/09) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| In the Matter of the Search of<br><br>**Gold Oldsmobile Alero VIN G3NL52F93C304605 bearing Nebraska Licenses plate TXJ935** | )<br>)<br>)  Case No.  **8:15MJ 228**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____**Nebraska**_____
*(identify the person or describe the property to be searched and give its location)*:

**Gold Oldsmobile Alero VIN G3NL52F93C304605 bearing Nebraska Licenses plate TXJ935**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See attached Affidavit**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     **September 3, 2015**
                                                                                                                   *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__**Thomas D. Thalken**_____.
                 *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐for _____ days *(not to exceed 30)*.
                                                                     ☐until, the facts justifying, the later specific date of _____.

Date and time issued:   **8/20/15 @ 8:10 pm**                    _____
                                                                                                       *Judge's signature*

City and state:   **Omaha, Nebraska**                    **Thomas D. Thalken, U.S. Magistrate Judge**
                                                                                                *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> **8:15MJ** | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                *Executing officer's signature*

                                                                 *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| In the Matter of the Search of )<br>)<br>**3302 Madison Street, Omaha, Nebraska** )<br>)<br>)<br>) | Case No. 8:15MJ 228 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of **Nebraska**
*(identify the person or describe the property to be searched and give its location)*:

**3302 Madison Street, Omaha, Nebraska**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See attached Affidavit**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   September 23, 2015
    *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
**Thomas D. Thalken**    .
    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐for _____ days *(not to exceed 30)*.
    ☐until, the facts justifying, the later specific date of _____ .

Date and time issued:  8/20/15 @ 8:10 pm        /s/
                                                                        *Judge's signature*

City and state:   Omaha, Nebraska          **Thomas D. Thalken, U.S. Magistrate Judge**
                                                                        *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>**8:15MJ** | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*